**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Verna Matilda Williams                          Case Number: 06-31500
                                                        Chapter :   13

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**
_____

     Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| | **Amount of Dividend** |
|---|---|
| **Verna Matilda Williams**<br>**410 East Ladies Mile Road**<br>**Apt 6**<br>**Richmond, VA  23222** | **$ 0.01** |

**Dated: May 27, 2011**

\S\ Robert E. Hyman
_____
**(Signature of Trustee)**

**Robert E. Hyman
Standing Chapter 13 Trustee
P.O. Box 1780
Richmond, VA. 23218-1780**